In the Matter of the Claim of GREGORY W. COLLINS, Respondent, v DUKES PLUMBING AND SEWER SERVICE, INC., Appellant, et al., Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Argued October 18, 2011; decided November 15, 2011

**APPEARANCES OF COUNSEL**

*Wolff, Goodrich & Goldman, LLP*, Syracuse (*Robert E. Geyer, Jr.*, of counsel), for appellant.

*Eric T. Schneiderman, Attorney General*, New York City (*Steven C. Wu, Barbara D. Underwood* and *Benjamin N. Gutman* of counsel), for Workers' Compensation Board, respondent.

*Grey & Grey, LLP*, Farmingdale (*Robert E. Grey* of counsel), and *Oot & Stratton*, East Syracuse, for Gregory W. Collins, respondent.

*Grey & Grey, LLP*, Farmingdale (*Robert E. Grey* of counsel), for New York State AFL/CIO, amicus curiae.

**OPINION OF THE COURT**

Order affirmed, with costs (*see Matter of Raynor v Landmark Chrysler*, 18 NY3d 48 [2011] [decided today]).

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.